UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: CASE NO: 8:03-bk-22797-MGW

Madelyn Jenkins

    Debtor(s)

REPORT AND NOTICE OF INTENTION TO SELL
PROPERTY OF THE ESTATE

To: Creditors, Debtor and Parties in Interest

Robert F. Melone, the Trustee duly appointed and acting for the above captioned estate reports that he intends to sell on or after 20 days from date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor, under the terms and conditions set forth below.

1. Description of Property: Raw land in Suwannee County Florida described as Lot 33, Riverside Estates Subdivision per the Plat thereof recorded in Plat Book 1, Page 165, Suwannee County FL Public Records.

2. Manner of Sale: Public Auction, Bay Area Auction Services, 8010 US Hwy 19 N, Pinellas Park FL on June 15, 2003 at 6:30 pm

3. Purchaser: Highest Bidder

4. Sale Price: Highest Bidder
   Terms: Payment of the Sale Price shall be made as follows: Cash or cashiers check

5. All right, title, and interest of bankruptcy estate, if any.

6. <u>Subject to all liens and encumbrances as indicated on schedules, and any unknown liens, including IRS lien and delinquent taxes.</u> No warranties of no liens. No warranties of any kind.

In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the assets of the Debtor which the Trustee proposes to sell. Such bids must be at least $100.00 higher than the sale price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 20 days from the date of mailing.

Notice is hereby given that all objections to the sale described above shall be in writing and shall be filed with the Clerk of the Court, Sam M. Gibbons U.S. Courthouse, Suite 727, 801 N. Florida Ave., Tampa, FL 33602-3899 and the U.S. Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602, and a copy of the same shall be served on the Trustee within 20 days from the date of mailing.  The objections to the sale shall state the reason for the objection and shall include a request for a hearing on the objection.  If no objection is filed the sale described above will take place.

Dated: June 11, 2004            By:    /s/ Robert F Melone
                                       Robert F. Melone, Trustee
                                       P.O. Box 7107, Wesley Chapel FL 33543
                                       813.907.3379

Forwarded to the Bankruptcy Noticing Center (BNC) for mailing on _____ By _____.